UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| DIRECTV, INC. | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:04-CV-173 |
| | ) | |
| STEVEN WRIGHT | ) | |

## O R D E R

On August 12, 2004, the parties were ordered to file a mediation report

on or before June 3, 2005, but the parties have failed to do so. Pursuant to LR16.4

of the Local Rules of the United States District Court for the Eastern District of

Tennessee, it is hereby **ORDERED** that this case proceed to mediation within the

next sixty (60) days.

It is also hereby **ORDERED** that the final pretrial on July 20, 2005

and the trial of this cause scheduled for August 5, 2005 are **CANCELLED**. The

parties shall report on the results of mediation on or before September 9, 2005. If

mediation has been unsuccessful, this case will be reassigned for trial at that time.

ENTER:

S/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE